**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TOMLIN NANCE                                                                                     PLAINTIFF
ADC #115853

v.                                                    5:17CV00271-JM

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                    DEFENDANTS

<u>**ORDER**</u>

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS, THEREFORE, ORDERED that Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

      DATED this 10th day of September, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE